

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-19-00093-CV

**IN THE INTEREST OF D.B.B., ET AL CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00420
The Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Geneva Garcia's notification of late reporter's record is hereby NOTED. Time is extended to March 15, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court